**RAMAH NAVAJO SCHOOL BOARD, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2009–5016.**

United States Court of Appeals, Federal Circuit.

April 5, 2011.

Daniel H. Macmeekin, Washington, DC, for Plaintiff–Appellant.

John S. Groat, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**David L. HENDERSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7006.**

United States Court of Appeals, Federal Circuit.

April 6, 2011.

### ORDER

Upon consideration of the decision of the Supreme Court of the United States in *Henderson v. Shinseki,* —— U.S. ——, 131 S.Ct. 1197, 179 L.Ed.2d 159 (2011) reversing this court's judgment and remanding for further proceedings,

IT IS ORDERED THAT:

The mandate of this court issued on February 17, 2010 is recalled, and the appeal is reinstated.